United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-33831 |
| **BUILDER'S CHOICE, INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER
### DENYING EMERGENCY RELIEF
### & SETTING ELECTRONIC EXPEDITED HEARING
*Regarding ECF No. 7*

Pending before the Court is a single matter self-styled as "Emergency Motion to Dismiss Chapter 11 Case"[1] (the "*Emergency Motion*") filed by representatives of Builder's Choice, Inc. ("*Movant*") on July 3, 2025. The Emergency Motion moves this Court to dismiss the instant case, alleging it was filed without corporate authority.[2] Upon a review of the Emergency Motion, the Court finds emergency relief is not warranted; however, the Court will set the Emergency Motion for a hearing on an expedited basis. Accordingly, it is therefore:

**ORDERED:** that

1. The emergency relief requested in the "Emergency Motion to Dismiss Chapter 11 Case"[3] filed by representatives of Builder's Choice, Inc. on July 3, 2025, is DENIED. The "Emergency Motion to Dismiss Chapter 11 Case"[4] will instead be heard on an expedited basis.

2. On **July 14, 2025, at 8:30 a.m. (Central Standard Time),** an electronic evidentiary hearing on the "Emergency Motion to Dismiss Chapter 11 Case"[5] shall be held before the United States Bankruptcy Court Houston Division. For parties wishing to attend in-person, they may do so at 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, Texas 78501.

3. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

---

[1] ECF No. 7.
[2] *Id.*
[3] ECF No. 7.
[4] ECF No. 7.
[5] ECF No. 7.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than **Monday, July 7, 2025**, Movant must serve a copy of this Order on Debtor Builder's Choice, Inc. and all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED July 7, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge