# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-33831 |
| | § | |
| BUILDER'S CHOICE, INC., | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

## ORDER DISMISSING CHAPTER 11 CASE

Upon consideration of the Emergency Motion to Dismiss Chapter 11 Case (the "Motion"), the Court finds that the Motion has merit and dismissal of this case is necessary and appropriate because it was filed without corporate authority.

It is therefore, **ORDERED** that Case No. 25-33831 is hereby DISMISSED.

The Court retains jurisdiction to consider requests for sanctions for the bad faith filing of this case without authority.

Signed: July 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

17306504